| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOYCE LEAVITT |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | |
| | Counsel for Defendant GANDHI |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 05-0002 MJJ (DLJ) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | **ORDER** MODIFYING CONDITIONS |
| | ) | OF SUPERVISED RELEASE TO |
| YOGESH K. GANDHI, | ) | PERMIT DOMESTIC AND |
| | ) | INTERNATIONAL TRAVEL |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of supervised release for Yogesh K. Gandhi may be modified to allow Mr. Gandhi to travel domestically and internationally without obtaining a court order each times he travels as long as he has the prior approval of his United States Probation Officer. Mr. Gandhi is a consultant for corporations located both in the United States and in India and is required to travel extensively for work. In addition, much of his family lives in India and he travels to visit family as well.

United States Probation Officer Mark Messner has no objection to the proposed modification of Mr. Gandhi's supervised release so long as Mr. Gandhi (1) obtains the probation officer's

approval prior to travel, and (2) otherwise complies with any other requirements set by the probation officer such as providing him with an itinerary and contact information.   All other conditions of supervised release shall remain the same.

DATED:    7/23/09              _____/s/_____
                               JOYCE LEAVITT
                               Assistant Federal Public Defender

DATED:    7/23/09              _____/s/_____
                               THOMAS G. MOORE
                               Assistant United States Attorney

DATED:    7/23/09              _____/s/_____
                               MARK MESSNER
                               United States Probation Officer

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of supervised release for Yogesh K. Gandhi may be modified to allow Mr. Gandhi to travel domestically and internationally without obtaining a court order as long as he has the prior approval of his United States Probation Officer and otherwise complies with any other requirements set by the United States Probation Officer.  All other conditions of supervised release shall remain the same.

SO ORDERED.

DATED: July 24, 2009
                               _____
                               D. LOWELL JENSEN
                               United States District  Judge