1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, California  94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant GANDHI

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )  No. CR 05-0002 **MJJ**
11                                    )
                 Plaintiff,           )  **STIPULATION AND ORDER**
12                                    )  **TERMINATING SUPERVISED**
   v.                                 )  **RELEASE**
13                                    )
   YOGESH K. GANDHI,                  )
14                                    )
                 Defendant.           )
15 _____   )

16                      **STIPULATION**

17     The government and Yogesh K. Gandhi, through their respective counsel, Thomas Moore and

18 Joyce Leavitt, hereby stipulate that the Court may immediately terminate Yogesh Gandhi's term of

19 supervised release, pursuant to 18 U.S.C. § 3583(e)(1).  Mr. Gandhi is requesting that his term of

20 supervised release be terminated early so that he can return to India to live.

21     Mr. Gandhi pled guilty on June 23, 2005 to four counts of unlawful structuring of currency

22 transactions, in violation of 31 USC §5324(a)(3).  On December 16, 2005, Mr. Gandhi was

23 sentenced to 24 months in custody and three years of supervised release.  Mr. Gandhi was released

24 from custody on January 8, 2008 to begin his term of supervised release.

25     Mr. Gandhi has been on supervised release for almost two years.  During this time, he has

26 abided by all of his conditions of supervision, including payment of the $400 special assessment and

1  a $4000 fine, along with interest.  Mr. Gandhi has been working since his release and has had no

2  violations.

3      Defense counsel has spoken with United States Probation Officer Mark Messner, who is Mr.

4  Gandhi's supervising probation officer.  USPO Messner indicated that, as a matter of policy, the US

5  Probation office is unwilling to recommend early termination of supervised release in cases

6  involving a violation of 31 USC §5324(a)(3), unlawful structuring of currency transactions.

7  Therefore, he is unable to join in this request.  However, USPO Messner also indicated that Mr.

8  Gandhi has been in compliance with his terms of supervised release since his release on January 8,

9  2008.

10     For these reasons, the parties stipulate that the Court may terminate Mr. Gandhi's term of

11 supervised release effective immediately in accordance with 18 U.S.C. §3583(e)(1).

12

13 DATED: October 9, 2009        /s/
    JOYCE LEAVITT
    Assistant Federal Public Defender

14

15 DATED: October 9, 2009        /s/
    THOMAS MOORE
16     Assistant United States Attorney

17

18     I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

19

**ORDER**

20

21     GOOD CAUSE APPEARING, IT IS ORDERED that Yogesh Gandhi's term of supervised release

22 is hereby terminated effective immediately, pursuant to 18 U.S.C. § 3583(e)(1).

    SO ORDERED.

23

24

25 DATED: October 13, 2009        _____
    D. LOWELL JENSEN
    United States District Judge

26

*U.S. v. Gandhi*, CR 05-0002 MJJ;
Stip & Order terminating  S.R.        - 2 -